No. 88–191.    UNITED GAS PIPE LINE CO. *v.* LOUISIANA POWER & LIGHT CO. ET AL.    Ct. App. La., 4th Cir.    Motion of Interstate Natural Gas Association of America for leave to file a brief as *amicus curiae* granted.    Certiorari denied.

No. 88–220.    VIELLE *v.* BAISLEY.    Ct. App. Colo.    Motion of Blackfeet Tribe of the Blackfeet Reservation in Montana for leave to file a brief as *amicus curiae* granted.    Certiorari denied.

No. 88–247.    PRUDENTIAL-BACHE SECURITIES, INC. *v.* FINN ET UX.    Dist. Ct. App. Fla., 4th Dist.    Motion of respondents for award of attorney's fees and costs denied.    Certiorari denied.

No. 88–274.    WILSON *v.* HARELSON ET AL.    C. A. 9th Cir. Motion of petitioner to defer consideration of the petition for certiorari denied.    Certiorari denied.

No. 88–5173.    SPREITZER *v.* ILLINOIS.    Sup. Ct. Ill.;
No. 88–5193.    ENOCH *v.* ILLINOIS.    Sup. Ct. Ill.; and
No. 88–5432.    ODLE *v.* CALIFORNIA.    Sup. Ct. Cal.    Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.